UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

Michael E. Burrows and
Cathy L. Burrows

Case No.  12-12203-FJO-13

DEBTOR(S)

AGREED MODIFICATION NOT SUBJECT TO NOTICE

The parties to this Agreed modifications not subject to notice are in agreement as to the following matters and ask that the Court enter an Order approving the terms and conditions set out below:

1. Debtor's plan accepts the following vehicle lease:
   Lessor: **INDIANA MEMBERS CREDIT UNION**
   Vehicle Leased to Debtor:  2011 HONDA CRV

2. The trustee is concerned that if the above lease is breached by debtor, post-confirmation, the lessor may assert a non-dischargeable priority administrative claim for damages, for excess mileage, excess wear and tear, etc.

3. Accordingly, in the event of debtor's post-confirmation breach of the vehicle lease, debtor agrees that a Motion to Modify Plan will be filed wherein full payment of lessor's priority administrative claim will be offered, thru the plan conduit, inclusive of the trustee's own administrative fee claim thereon. The Plan Modification will be filed immediately after lessor asserts its damages claim.

4. If lessor is to be allowed an administrative claim, in no event will the trustee be asked by debtor to pay any such claim out of plan funds now on hand for distribution to general unsecured creditors in this case.

WHEREFORE, the parties hereto have agreed to the above terms and ask the Court to approve same.

DATE: 11/14/12

_____
CHAPTER 13 TRUSTEE (OR STAFF COUNSEL)

DATE: 11/14/12

_____
DEBTOR'S COUNSEL

DATE: 11/14/12

_____
DEBTOR

DATE: 11/14/12

_____
DEBTOR