**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:                                                                                         BANKRUPTCY NO: 12-12203-FJO-13
    Michael Edward Burrows and
    Cathy Louise Burrows,
    Debtors

## AMENDED REQUEST TO MODIFY PLAN AFTER CONFIRMATION

Come now the debtors, by counsel, and respectfully move the Court for an Order allowing post-confirmation modification of their Chapter 13 Plan, and in support thereof state:

1. That on October 15, 2012, the debtors filed their Chapter 13 petition.

2. Since filing, the debtors are working on a loan modification. As a result, debtors shall pay for the real estate outside the plan.

3. The debtors have also incurred post-petition tax liability due the IRS for tax year 2013 in the amount of $1718.88. Per Section 1305, the debtors desire to modify their plan and pay this post-petition tax liability.

4. The debtors have also incurred post-petition homeowners association due Meadow Bend Homeowners Association, Inc. in the amount of $765.00. The debtors desire to modify their plan and pay this claim within the bankruptcy plan.

5. The debtors have filed amended schedule J detailing their monthly expenses.

6. To date, the debtors have paid in $58,547.16. Beginning with the June, 2015 payment, the debtor shall pay $350 per month for the remaining 29 months until the modified plan base of $68,697.16 is paid.

7. All other terms of the confirmed plan shall remain in effect.

WHEREFORE, the debtors pray that this Court issue an Order allowing debtors to modify their Chapter 13 Plan as stated above.

                                                      /s/ Robert B. Lynch_____

>Robert B. Lynch
>7210 Madison Ave., Suite B
>Indianapolis, IN  46227
>Phone: 317-888-0006
>Fax: 317-888-8282
>rob@lynchandbelch.com

PLEASE TAKE NOTICE THAT **any objection must be filed with the Bankruptcy Clerk within** 21 days **of the date of this notice [or such other time period as may be permitted by Fed.R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by   U.S. mail, courier, overnight/express mail, or in person at: 116 U.S. Courthouse, 46 E. Ohio Street, Indianapolis, IN  46204.**

**The Objecting party must ensure delivery of the objection to the party filing the motion.** If an objection is NOT timely filed, the requested relief may be granted.

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  Party/parties may access this filing through the Court's system.

Ann M. DeLaney     ECFdelaney@trustee13.com, ecfdelaney@cypressmail.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

I further certify that on May 21, 2015, a copy of the foregoing was served by ECF and/or mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine, CA  92619-2708

Meadow Bend Homeowners Association, Inc.
c/o Eads Murray Pugh, P.C.
9519 E. 59th Street, Suite B
Indianapolis, IN  46216

>/s/ Robert B. Lynch____
>Robert B. Lynch
>7210 Madison Ave., Suite B
>Indianapolis, IN  46227
>Phone: 317-888-0006
>Fax: 317-888-8282
>rob@lynchandbelch.com